DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**SEARCY DENNEY SCAROLA BARNHART & SHIPLEY, P.A.; MARK EDWARDS** and **MITZI DEE RODEN,** as parents and natural guardians of **AARON EDWARDS,** a minor**; WILLIAM S. FRATES, II, P.A.; EDNA L. CARUSO, P.A.; VAKA LAW GROUP, P.L.;** and **GROSSMAN & ROTH, P.A.,**
Appellants,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D13-3497

[September 16, 2015]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Martin H. Colin, Judge; L.T. Case No. 502012GA000558XX.

Christian D. Searcy and Jack P. Hill of Searcy Denney Scarola Barnhart & Shipley, P.A., West Palm Beach; George A. Vaka of Vaka, Larson & Johnson, P.L., Tampa; and Edna L. Caruso of Edna L. Caruso, P.A., West Palm Beach; for appellants.

Pamela Jo Bondi, Attorney General, Allen Winsor, Solicitor General, and Rachel Nordby, Deputy Solicitor General, Tallahassee, for appellee.

*ON MOTION FOR CERTIFICATION OF QUESTIONS OF GREAT PUBLIC IMPORTANCE*

PER CURIAM.

We grant Appellants' July 27, 2015 Motion for Certification of Questions of Great Public Importance and certify the following question to the Florida Supreme Court:

AFTER THE ENACTMENT OF SECTION 768.28, FLORIDA STATUTES, AND THE ADOPTION OF FLORIDA SENATE RULE 4.81(6), IS IT CONSTITUTIONALLY PERMISSIBLE FOR THE FLORIDA LEGISLATURE TO LIMIT THE AMOUNT OF

ATTORNEYS' FEES PAID FROM A GUARDIANSHIP TRUST ESTABLISHED BY A LEGISLATIVE CLAIMS BILL?

CIKLIN, C.J., CONNER and FORST, JJ., concur.

\* \* \*